### UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101

January 15, 2010

Mr. Kevin M. Carey, Esq.
Bolton & Carey
7016 - 35th Avenue NE
Seattle, WA 98155-5917


RE:   Donald Thomas v. Chase B. Powell, et al
       C10-53 MJP

Dear Mr. Carey,

The above case was filed in the U.S. District Court on January 8, 2010.  Upon opening the case, I noticed you were not signed up for electronic court filing (ECF).  As of June 2004, it became mandatory for all attorneys to electronically file documents.  Please take a moment to register through our web site: www.wawd.uscourts.gov   In most cases, your user name and password will be emailed to you within 1-2 business days.  This will allow you to electronically file as well as  be served electronically via e-mail.

E-filing procedures are available on our web site.  We also offer a two hour hands-on training in e-filing.  If you have any questions about the process for e-filing, or to register for training, please contact the ECF Help Desk at 206-370-8440.

Thank you.


   s/ Paula McNabb
Paula McNabb
Deputy Clerk