# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONALD THOMAS

v.

CHASE POWELL, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-53MJP

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this matter is REMANDED to state court and that Plaintiff shall be awarded costs and reasonable attorney fees associated with opposing the removal of this case to federal court.

May 7, 2010                                         BRUCE RIFKIN
                                                    Clerk

                                          ____/s/ Mary Duett_____
                                                    By, Deputy Clerk