UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD THOMAS,

        Plaintiff(s),

  v.

CHASE B. POWELL, et al.,

        Defendant(s).

NO. C10-53MJP

ORDER ON PLAINTIFF'S MOTION FOR AWARD OF FEES AND COSTS

The above-entitled Court, having received and reviewed Plaintiff's unopposed Motion for Award of Fees and Costs (Dkt. No. 26) and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that, based on the declarations of Michael Maxwell and Roger Baron submitted in support of the motion, Plaintiff is awarded $8733.34 in fees and costs, payable within 14 days of the date of this order.

The clerk is ordered to provide copies of this order to all counsel.

Dated: June 2, 2010

                                Marsha J. Pechman
                                U.S. District Judge

**ORDER ON MOTION FOR AWARD OF FEES AND COSTS - 1**